UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRASER ROTCHFORD,

          Plaintiff,

   v.

STEVEN JEWITT, *et al*.,

          Defendants.

Case No. C19-41-JCC-MLP

REPORT AND RECOMMENDATION

Plaintiff, who is currently an inmate at the Clallam County Jail in Port Angeles, Washington, is proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action. By Order dated January 30, 2019, the Court declined to serve Plaintiff's civil rights complaint and granted him leave to amend within thirty (30) days. (Dkt. # 7.) Plaintiff subsequently filed an addendum which was insufficient to serve as an amended complaint in this matter because it failed to allege clear and specific facts demonstrating how each named defendant personally participated in causing Plaintiff harm of federal constitutional dimension. The Court struck the addendum and granted Plaintiff a thirty-day extension of time, until March 28, 2019, to file an amended complaint. (Dkt. # 9.) The Court's Order was returned to the Court as undeliverable (dkt. # 13) because Plaintiff was contemporaneously transferred from the

REPORT AND RECOMMENDATION - 1

Jefferson County Jail to his current facility. Plaintiff subsequently requested an extension of time to file his amended complaint due to his limited access to his legal materials following his transfer. (Dkt. ## 11-12.)

The Court granted Plaintiff's motion and ordered Plaintiff to submit his amended complaint to the Court by no later than April 29, 2019. (Dkt. #12 at 2.) To date, however, Plaintiff has failed to submit an amended complaint or otherwise respond to the Court's Order.

Accordingly, the Court recommends that this § 1983 action be DISMISSED without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation. The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **twenty-one (21)** days after the filing of this Report and Recommendation. Objections, and any response, shall not exceed three pages. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar **fourteen (14)** days after they are served and filed. Responses to objections, if any, shall be filed no later than **fourteen (14)** days after service and filing of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on the date that objections were due.

Dated this 9th day of May, 2019.

_____
MICHELLE L. PETERSON
United States Magistrate Judge